HARRELL v. HAWLEY

No. 104PA02

Case below: 148 N.C. App. 214

Petition by defendant/third party plaintiff (Ayers) for writ of certiorari to review the decision of the North Carolina Court of Appeals allowed 4 April 2002. Notice of appeal by defendant/third party plaintiff (Ayers) pursuant to G.S. 7A-30 (based upon a dissent) dismissed ex mero motu 4 April 2002. Motion by defendant/third party plaintiff (Ayers) for relief under Rule 2 dismissed 4 April 2002.

IN RE MITCHELL

No. 127A02

Case below: 148 N.C. App. 483

Motion by petitioner (Guardian ad Litem) for temporary stay allowed 12 March 2002.

MINTZ v. FOWLER

No. 457P01

Case below: 145 N.C. App. 204

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 4 April 2002.

PARRIS v. LIGHT

No. 640P01

Case below: 146 N.C. App. 515

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 4 April 2002.

RHODES v. MARCUS CABLE ASSOCS., L.L.C.

No. 678P01

Case below: 147 N.C. App. 313

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 4 April 2002.